

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00211-CV

**IN THE INTEREST OF R.M.V.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00202
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED July 10, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice